## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kim Lindsay                          CHAPTER 13

               Debtor(s)

                                  BKY. NO. 22-10861 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE
AGENCY and index same on the master mailing list.

                             Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
25 May 2022, 13:30:01, EDT

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322