**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                                Chapter 13

                                                Bankruptcy No. 22-10861-ELF

KIM LINDSAY

1432 NORTH 60TH STREET

PHILADELPHIA, PA 19151

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIM LINDSAY

    1432 NORTH 60TH STREET

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    REGIONAL BANKRUPTCY CENTER
    101 WEST CHESTER PIKE
    SUITE 1-A
    HAVERTOWN, PA 19083-

Date: 6/15/2022

                                                /S/ Kenneth E. West
                                                _____
                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee