L.B.F. 3015-6A

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

**KIM LINDSAY,**  :  CHAPTER 13

:

**Debtor.**  :  BANKRUPTCY NO. 22-10861-elf

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS
## IN ACCORDANCE WITH 11 U.S.C. §§1325(a)(8) and 1325(a)(9)

I, Kim Lindsay, hereby certify in connection with the confirmation hearing in the above case:

1. I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I have filed all applicable federal, state and local tax returns as required by 11 U.S.C. §1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

Date: _____  _____
Roger V. Ashodian, Attorney for Debtor

01/10/2023

Date: _____  _____
Kim Lindsay, Debtor