# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kim Lindsay<br>　　　　　　　　Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982), its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.<br><br>Kim Lindsay<br>　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 22-10861 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982), which was filed with the Court on or about **July 12, 2023, docket number 36**.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/ Brian C. Nicholas, Esq.
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: January 23, 2023