IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KIM LINDSAY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. dba GM FINANCIAL ) | Case No.: 22-10861 (ELF) |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| KIM LINDSAY ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between GM Financial and the Debtor in settlement of the Objection To Confirmation, and filed on or about January 24, 2023 in the above matter (Doc. # 72) is **APPROVED**.

Dated: 1/26/23

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**