# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Kim Lindsay, | : | Chapter 13 |
| Debtor | : | |
| | : | Case No.   22-10861-pmm |
| | : | |
| | : | |

## ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #80, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Responses filed thereto (doc. #82);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **November 24, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.


10/25/2023                                              _Patricia M. Mayer_
                                                        **PATRICIA M. MAYER**
                                                        **U.S. BANKRUPTCY JUDGE**