United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-10861-pmm

Kim Lindsay                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kim Lindsay, 1432 North 60th Street, Philadelphia, PA 19151-4203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2023 00:33:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2023 00:33:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | Email/Text: ECMCBKNotices@ecmc.org | Oct 26 2023 00:33:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 25, 2023                       Form ID: pdf900                                 Total Noticed: 4

                        bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                        on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust
                        Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
                        on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
                        dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

ROGER V. ASHODIAN
                        on behalf of Debtor Kim Lindsay ecf@schollashodian.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                        on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
                        mortoncraigecf@gmail.com


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Kim Lindsay,              :        **Chapter 13**
          **Debtor**       :
                      :        **Case No.   22-10861-pmm**
                      :
                      :

### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #80, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Responses filed thereto (doc. #82);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **November 24, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

10/25/2023                           **PATRICIA M. MAYER**
                                     **U.S. BANKRUPTCY JUDGE**