IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **KIM LINDSAY** | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 22-10861-pmm |

**NOTICE OF APPLICATION FOR SUPPLEMENTAL COMPENSATION**

Notice is hereby given to all interested parties that REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtor, has filed an Application seeking supplemental compensation of $500.00 for the firm's post-confirmation services provided in this case from January 27, 2023, through March 26, 2024, with disbursement of $500.00 to be made from the funds held by the Trustee. Any Objections to this Application must be filed and served upon us within fourteen (14) days from March 26, 2024, on which date the Application was filed. A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtor. Other interested parties can obtain a copy on request.

Dated: March 26, 2024

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA 19083
(610) 446-6800

<u>Counsel for Debtor</u>