# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

**KIM LINDSAY**                   :    **CHAPTER 13**

                                    :

       **Debtor**                  :    **BANKRUPTCY NO. 22-10861-pmm**

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Abate Arrears and to Modify the confirmed Chapter 13 Plan (Doc. No. 105, the "Motion"), and any response thereto, and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**; and

2. The Modified Plan (the Debtor's Second Amended Chapter 13 Plan – Doc. No. 119) is **APPROVED**.

                                           BY THE COURT:

Date: _____       _____
                                                      HONORABLE PATRICIA M. MAYER
                                                      UNITED STATES BANKRUPTCY JUDGE