**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **KIM LINDSAY** | **:** | **CHAPTER 13** |
| | **:** | |
| **Debtor** | **:** | **BANKRUPTCY NO. 22-10861-pmm** |

**ORDER**

**AND NOW**, upon consideration of the Debtor's Motion to Abate Arrears and to Modify

the confirmed Chapter 13 Plan (Doc. No. 105, the "Motion"), and any response thereto, and after

notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**; and

2. The Modified Plan (the Debtor's Second Amended Chapter 13 Plan – Doc. No. 119) is

   **APPROVED**.

BY THE COURT:

Date: ____3/26/24_____        _____
                                       HONORABLE PATRICIA M. MAYER
                                       UNITED STATES BANKRUPTCY JUDGE