#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **KIM LINDSAY** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO. 22-10861-pmm |

#### CERTIFICATION OF NO RESPONSE

I hereby certify that, on or before January 21, 2025, I served a copy of the Debtor's Motion to Abate Arrears and to Modify Plan After Confirmation, together with Notice of Motion, Response Deadline and Hearing Date, in this case upon all interested parties. I further certify that, as of February 14, 2025, no Response or Objection has been served upon me or filed of record and that it is therefore appropriate that the Order attached to the Motion be entered.

Respectfully submitted,
REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor