IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**KIM LINDSAY**                       :     CHAPTER 13
                                           :
     **Debtor**                      :     BANKRUPTCY NO. 22-10861-pmm

**ORDER**

    **AND NOW**, upon consideration of the Debtor's Amended Motion to Abate Arrears and to Modify the confirmed Chapter 13 Plan (Doc. No. 138, the "Motion"), and any response thereto, and after notice and hearing, it is hereby **ORDERED** that:

1. The Amended Motion is **GRANTED**; and
2. The Modified Plan (the Debtor's ~~Revised Third Amended Chapter 13 Plan~~ Second Revised Third Amended Plan – Doc. No. ~~138, Exhibit "A"~~ 151) is **APPROVED**.

BY THE COURT:

Date: __November 4, 2025__

*Patricia M. Mayer*
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE