## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Kim Lindsay** | : | **Case No. 22-10861 (PMM)** |
| | : | |
| **Debtor.** | : | |

### AMENDED ORDER TO SHOW CAUSE WHY FEE APPLICATION SHOULD NOT BE DENIED

**AND NOW**, upon consideration of the Supplemental Application for Compensation

(doc. #115, the "Application") filed by counsel for the Debtor, Roger Ashodian (the

"Applicant");

AND counsel having failed to file a Certificate of no Response, see doc. #156;

It is therefore hereby **ORDERED** that Debtor's Counsel **SHALL APPEAR** for a hearing

on **Wednesday, March 11, 2026 at 1:00 p.m. in Bankruptcy Courtroom No. 3, U.S.**

**Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why the

Application should not be **denied**.

Failure to appear for the hearing may result in **denial** of the Application without further

notice or hearing.

**Date:  2/23/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**