United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 22-10861-pmm

Kim Lindsay                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

**Recip ID                   Recipient Name and Address**
db                     +  Kim Lindsay, 1432 North 60th Street, Philadelphia, PA 19151-4203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |

District/off: 0313-2                               User: admin                                           Page 2 of 2
Date Rcvd: Feb 23, 2026                         Form ID: pdf900                                    Total Noticed: 1

ROGER V. ASHODIAN
                    on behalf of Debtor Kim Lindsay ecf@schollashodian.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Kim Lindsay** | : | **Case No. 22-10861 (PMM)** |
| | : | |
| **Debtor.** | : | |

### AMENDED ORDER TO SHOW CAUSE WHY FEE APPLICATION SHOULD NOT BE DENIED

**AND NOW**, upon consideration of the Supplemental Application for Compensation

(doc. #115, the "Application") filed by counsel for the Debtor, Roger Ashodian (the

"Applicant");

AND counsel having failed to file a Certificate of no Response, <u>see</u> doc. #156;

It is therefore hereby **ORDERED** that Debtor's Counsel **SHALL APPEAR** for a hearing

on **Wednesday, March 11, 2026 at 1:00 p.m. in Bankruptcy Courtroom No. 3, U.S.**

**Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why the

Application should not be **denied**.

Failure to appear for the hearing may result in **denial** of the Application without further

notice or hearing.

**Date:  2/23/26**

                   **PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**