## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **KIM LINDSAY** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 22-10861-pmm** |

## CERTIFICATION OF NO OBJECTION

I, Roger V. Ashodian, former counsel for the Debtor in the above-captioned matter, hereby certify that, on March 26, 2024, I served notice of the Supplemental Application for Compensation for post-confirmation services in this case upon all interested parties including the Debtor, the Standing Chapter 13 Trustee, and the United States Trustee's office.  I further certify that, as of March 11, 2026, no Objection has been served upon me or filed of record and that it is therefore appropriate that the Order attached to the Application be entered.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Counsel for Debtor