**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **KIM LINDSAY** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 22-10861-pmm** |

**ORDER ALLOWING SUPPLEMENTAL COMPENSATION**

AND NOW, upon consideration of the Supplemental Fee Application submitted by

Counsel for the Debtor, and any response thereto, REGIONAL BANKRUPTCY CENTER OF

SOUTHEASTERN PA, P.C., counsel for the Debtor, is awarded a supplemental fee of $500.00

as compensation for the firm's post-confirmation services provided in this case from January 27,

2023, through March 26, 2024, and the Trustee is authorized and directed to pay the amount of

$500.00 to the said counsel from the Chapter 13 Plan payments that he has received on the

Debtor's account, with the disbursement made payable to REGIONAL BANKRUPTCY

CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

**March 12, 2026**

Date: _____

_____

HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE