United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 22-10861-pmm

Kim Lindsay                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                   Page 1 of 2

Date Rcvd: Mar 12, 2026                          Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Kim Lindsay, 1432 North 60th Street, Philadelphia, PA 19151-4203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

**Name                                        Email Address**

DENISE ELIZABETH CARLON

    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON

    on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com

KENNETH E. WEST

    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER

    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

District/off: 0313-2         User: admin         Page 2 of 2

Date Rcvd: Mar 12, 2026         Form ID: pdf900         Total Noticed: 1

ROGER V. ASHODIAN

on behalf of Debtor Kim Lindsay ecf@schollashodian.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **KIM LINDSAY** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 22-10861-pmm** |

**ORDER ALLOWING SUPPLEMENTAL COMPENSATION**

AND NOW, upon consideration of the Supplemental Fee Application submitted by

Counsel for the Debtor, and any response thereto, REGIONAL BANKRUPTCY CENTER OF

SOUTHEASTERN PA, P.C., counsel for the Debtor, is awarded a supplemental fee of $500.00

as compensation for the firm's post-confirmation services provided in this case from January 27,

2023, through March 26, 2024, and the Trustee is authorized and directed to pay the amount of

$500.00 to the said counsel from the Chapter 13 Plan payments that he has received on the

Debtor's account, with the disbursement made payable to REGIONAL BANKRUPTCY

CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

**March 12, 2026**

Date: _____

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE