**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | KIM LINDSAY | : | Chapter 13 |
| | | : | |
| | | : | |
| | | : | |
| | | : | |
| | Debtor(s) | : | Bankruptcy No.  22-10861 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss Case filed on March 17, 2026. Docket entry #165, #166 and cancel the hearing scheduled for 5/12/2026 at 1:00 PM.

Respectfully submitted,

/s/ Kenneth E. West, Esq

March 18, 2026

Kenneth E. West
Chapter 13 Standing Trustee