**Fill in this information to identify the case:**

Debtor 1: Kim Lindsay

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 22-10861-elf

## Official Form 410S1
# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Pennsylvania Housing Finance Agency     **Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 0 5

**Date of payment change:** Must be at least 21 days after date of this notice: 12/01/2022

**New total payment:** Principal, interest, and escrow, if any: $ 643.23

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 231.52     New escrow payment: $ 157.75

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1  **Kim Lindsay**
        First Name     Middle Name     Last Name

Case number (if known) **22-10861-elf**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ **/s/ Leon P. Haller**
Signature

Date **11/01/2022**

Print: **Leon P. Haller**
     First Name     Middle Name     Last Name

Title **Bankruptcy Attorney**

Company **Purcell, Krug & Haller**

Address **1719 North Front Street**
     Number     Street

**Harrisburg**     **PA**     **17102**
City     State     ZIP Code

Contact phone **717-234-4178**

Email **lhaller@pkh.com**